# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 11, 2023

## NO. 03-23-00065-CV

**Julia Aguilar as Guardian for Lacey Silva, Appellant**

**v.**

**Twisted 5-S Ranch, LLC; Richard W. Spencer III; Shawn Spencer; Christopher W. Spencer; Midland Cycles, Inc., d/b/a Midland Powersports; Kawasaki Motors Corporation, U.S.A., d/b/a Kawasaki; Kawasaki Motors Manufacturing Corporation, U.S.A., d/b/a Kawasaki; et al, Appellees**

## APPEAL FROM 119TH DISTRICT COURT OF CONCHO COUNTY
## BEFORE JUSTICES BAKER, SMITH, AND JONES
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on August 31, 2022. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.